UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA

CHARLYS XAVIER ARENAS VILLAMIZAR (A-244-646-012),

Petitioner,

v.

WARDEN, CALIFORNIA CITY IMMIGRATION PROCESSING CENTER, et al.,

Respondents.

No. 1:26-cv-04361-DC-CKD (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF No. 7)

Petitioner, an immigration detainee proceeding pro se, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 17, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. (ECF No. 7.) On July 24, 2026, Respondents filed objections to the findings and recommendations, stating merely that they generally object "for the reasons stated in [their] prior pleadings." (ECF No. 8.)

However, Respondents' arguments were addressed by the magistrate judge in this case

and have already been rejected by this court in other cases. *See Calvillo v. Chestnut*, No. 1:26-cv-00569-DC-CSK, 2026 WL 253627 (E.D. Cal. Jan. 31, 2026) (finding that where the government presents non-pretextual reasons to re-detain a noncitizen previously released into the United States, the proper remedy for the government's failure to provide a pre-deprivation bond hearing is a post-deprivation bond hearing, not immediate release). Thus, Respondents' objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 17, 2026 (ECF No. 7), are ADOPTED;

2. Petitioner Charlys Xavier Arenas Villamizar's (A-244-646-012) petition for a writ of habeas corpus (ECF No. 1) is GRANTED as follows:

   a. Within seven (7) days of the date of entry of this order, Respondents are ORDERED to provide Petitioner a bond hearing before an Immigration Judge at which Respondents shall bear the burden of demonstrating, by clear and convincing evidence, that the alleged changed circumstances establish that Petitioner is either a flight risk or threat to public safety, such that continued detention is justified;

   b. Within three (3) days of the bond hearing, Respondents shall FILE a status report in this case confirming that Petitioner has been provided the bond hearing;

   c. If Respondents fail to provide Petitioner a bond hearing within seven (7) days of the date of entry of this order, Petitioner shall be immediately released from Respondents' custody on the same terms as his initial grant of parole;

3. This order does not address the circumstances in which Respondents may detain Petitioner in the event Petitioner becomes subject to an executable final order of removal and Petitioner receives notice of that final order of removal;

4. The Clerk of the Court is directed to serve a copy of this order on the California City Detention Facility; and

5. The Clerk of the Court is ordered to enter judgment in favor of Petitioner and close this case.

IT IS SO ORDERED.

Dated: **August 5, 2026**

Dena Coggins
United States District Judge